**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITIONS OF CAROLINE AVERY AS CANDIDATE FOR REPRESENTATIVE IN CONGRESS FOR THE FIRST CONGRESSIONAL DISTRICT AND MICHAEL DOYLE AS CANDIDATE FOR REPRESENTATIVE IN CONGRESS FOR THE TWELFTH CONGRESSIONAL DISTRICT | : No. 28 MM 2022 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| PETITION OF: MICHAEL ZOLFO, ERIC SLOSS AND SANDOR ZELEKOVITZ, | : <br> : <br> : |
| Objectors | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of March, 2022, the Emergency Application for a Writ of Mandamus and/or Extraordinary Relief is **DISMISSED AS MOOT,** as the Commonwealth Court is timely holding the hearings pursuant to our prior Order.